IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GUADALUPE CALDERON,

    Petitioner,                    No. CIV S-07-0716 RRB EFB P

    vs.

LARRY SCRIBNER, et al.,

    Respondents.                ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time to file and serve a response to the petition. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondents' June 12, 2007, request is granted and respondents have 30 days from the date this order is served to file and serve a response to the petition.

Dated: June 15, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE