IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GUADALUPE CALDERON,

    Petitioner,                   No. CIV S-07-0716 RRB EFB P

    vs.

LARRY SCRIBNER, Warden,

    Respondent.                ORDER

                                    /

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On August 8, 2007, petitioner requested an extension of time to file a reply to respondent's answer. *See* Fed. R. Civ. P. 6(b).

       Good cause appearing, it is ORDERED that petitioner's August 8, 2007, request is granted and petitioner has 30 days from the date this order is served to file and serve a reply to the answer.

Dated: August 28, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE